IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**Civil No. 3:25-cv-00804**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| All funds seized from Wells Fargo Account XXXXXX3167, an Initiate Business Checking Account held in the name of Cedric Dean Holdings, Inc.; | ) ) ) ) ) |
| | ) |
| All funds seized from Wells Fargo Account XXXXXX3183, an Initiate Business Checking Account held in the name of Cedric Dean Holdings, Inc.; | ) ) ) ) ) |
| | ) |
| All funds seized from State Employees Credit Union Account XXXX4005, a checking account held in the name Cedric Dean; | ) ) ) ) |
| | ) |
| One 2019 Chevrolet Silverado 2500 Truck, VIN1GC1CREGXKF254269; | ) ) ) |
| One 2018 Thor Ace 32.1 Motorhome, VIN1F66F5DY2J0A13942; | ) ) ) |
| One 2013 Georgetown Motorhome, VIN1F66F5DYXC0A06353; | ) ) ) |
| One 2021 GMC Yukon XL Denali, VIN1GKS2JKL3MR206225; | ) ) ) |
| One 2021 GMC Yukon XL, VIN1GKS2JKL7MR165338; | ) ) ) |
| Real property at 1712 S. Lafayette Street in Shelby, North Carolina, more particularly described in a Deed at Book 1863, Pages 927-934 in the Office of Register of Deeds for Cleveland County, North Carolina; | ) ) ) ) ) ) |
| | ) |
| Real property at 5502 McChesney Drive in Charlotte, North Carolina, more particularly | ) ) |

**ORDER AND WARRANT FOR ARREST IN REM**

| | |
|---|---|
| described in a Deed at Book 35254, Pages 985-986 in the Office of Register of Deeds for Mecklenburg County, North Carolina; | ) ) ) ) |
| Real property at 318 Gold Street in Shelby, North Carolina, more particularly described in a Deed at Book 1938, Pages 965-966 in the Office of Register of Deed for Cleveland County, North Carolina; and | ) ) ) ) ) ) ) |
| Real property at 15906 Youngblood Road in Charlotte, North Carolina, more particularly described in a Deed at Book 39590, Pages 214-216 in the Office of Register of Deeds for Mecklenburg County, North Carolina. | ) ) ) ) ) ) |

TO:   THE UNITED STATES MARSHAL, WESTERN DISTRICT OF NORTH CAROLINA, AND ANY OTHER AUTHORIZED PERSON

WHEREAS, the United States of America has filed a verified Complaint for Forfeiture *In Rem* against the Defendant Properties as specified in paragraph eight of that complaint; and,

WHEREAS, the Defendant Properties are currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue a Warrant for Arrest *In Rem* for the Defendant Properties; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the Warrant for Arrest *In Rem* must be delivered to a person or organization authorized to execute it who may be a Marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Defendant Properties as soon as practicable by serving a copy of this Warrant on the custodian in whose possession,

custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Western District of North Carolina, have caused the foregoing Warrant for Arrest in Rem to be issued pursuant to the authority of Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of this Court.

Signed: October 16, 2025

Katherine Hord Simon, Clerk
United States District Court

RETURN OF SERVICE

I hereby certify that I executed this warrant by serving _____ by _____ on the ___ day of _____, _____.

_____
[Deputy Marshal or other person serving warrant]