IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:25-cv-00804-MOC-SCR

| | |
|---|---|
| United States of America<br><br>v.<br><br>All funds seized from Wells Fargo Account XXXXXX3167, an Initiate Business Checking Account held in the name of Cedric Dean Holdings, Inc.;<br><br>All funds seized from Wells Fargo Account XXXXXX3183, an Initiate Business Checking Account held in the name of Cedric Dean Holdings, Inc.;<br><br>One 2019 Chevrolet Silverado 2500 Truck, VIN 1GC1CREGXKF254269;<br><br>One 2018 Thor Ace 32.1 Motorhome, VIN 1F66F5DY2J0A13942;<br><br>One 2013 Georgetown Motorhome, VIN 1F66F5DYXC0A06353;<br><br>One 2021 Ram 1500 Big Horn Crew Cab Truck, VIN 1C6SRFFT9MN792975;<br><br>Real property at 1712 S. Lafayette Street in Shelby, North Carolina, more particularly described in a Deed at Book 1863, Pages 927-934 in the Office of Register of Deeds for Cleveland County, North Carolina;<br><br>Real property at 5502 McChesney Drive in Charlotte, North Carolina, more particularly described in a Deed at Book 35254, Pages 985-986 in the Office of Register of Deeds for Mecklenburg County, North Carolina;<br><br>Real property at 318 Gold Street in Shelby, North Carolina, more particularly described in a Deed at Book 1938, Pages 965-966 in the | **NOTICE OF SERVICE**<br>**(Direct Notice)** |

Office of Register of Deed for Cleveland County, North Carolina; and

Real property at 15906 Youngblood Road in Charlotte, North Carolina, more particularly described in a Deed at Book 39590, Pages 214-216 in the Office of Register of Deeds for Mecklenburg County, North Carolina.

NOW COMES the United States of America, by and through Dallas A. Kaplan, Attorney for the United States, and submits that the United States served notice, via FedEx, of the Amended Complaint for Forfeiture in Rem (Doc. 3) on the following individuals, who the United States determined reasonably appear to be potential petitioners in this action. Delivery receipts are attached as Exhibit A.

| Notice Sent | Party Name/Address | Disposition (Exhibit A) |
|---|---|---|
| November 6, 2025 | Cedric Dean<br>Charlotte, NC 28278 | Delivered November 7, 2025 |
| November 6, 2025 | Claire Rauscher, Esq.<br>Womble Bond Dickinson, LLP<br>Charlotte, NC 28202 | Delivered November 7, 2025 |
| November 6, 2025 | Betty D. Baker<br>Charlotte, NC 28269 | Delivered November 7, 2025 |

Further, on November 6, 2025, the United States emailed notice to Claire Rauscher and Erin Taylor, attorneys for Cedric Dean and Cedric Dean Homes, and, on November 7, 2025, the United States served personal service, via U.S. Marshals Service hand-delivery, on Betty D. Baker.

This 12th day of November, 2025.

DALLAS A. KAPLAN
ATTORNEY FOR THE UNITED STATES[1]

**s/ Benjamin Bain-Creed**
FL Bar Number 0021436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202

---

[1] Acting under the authority conferred by 28 U.S.C. § 515.

Telephone: (704) 344-6222
Facsimile: (704) 344-6629
Email: benjamin.bain-creed@usdoj.gov