

November 10, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885818697747

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.IGNATURE NOT REQ | **Delivery Location:** | 15906 YOUNGBLOOD RD |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | Charlotte, NC, 28278 |
| | | **Delivery date:** | Nov 7, 2025 13:07 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 885818697747 | **Ship Date:** | Nov 6, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Cedric Cean,
15906 Youngblood Road
CHARLOTTE, NC, US, 28278

**Shipper:**
Benjamin Bain-Creed, US Attorney's Office - NCW
227 West Trade Street,
Suite 1650
Charlotte, NC, US, 28202

**Reference**  3:25cv804-Dean

Thank you for choosing FedEx



November 10, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885818522724

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | S.IGNATURE NOT REQ | **Delivery Location:** | 5502 MCCHESNEY DR |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | Charlotte, NC, 28269 |
| | | **Delivery date:** | Nov 7, 2025 13:21 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 885818522724 | **Ship Date:** | Nov 6, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Betty Baker,
5502 McChesney Drive
CHARLOTTE, NC, US, 28269

**Shipper:**
Benjamin Bain-Creed, US Attorney's Office - NCW
227 West Trade Street,
Suite 1650
Charlotte, NC, US, 28202

**Reference**     3:25cv804-Dean

Thank you for choosing FedEx



Dear Customer,

The following is the proof-of-delivery for tracking number: 885818315370

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | S.IGNATURE NOT REQ | Delivery Location: | 301 S COLLEGE ST |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | Charlotte, NC, 28202 |
| | | Delivery date: | Nov 7, 2025 13:21 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 885818315370 | Ship Date: | Nov 6, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Clair Rauscher, Womble Bond Dickinson, LLP
301 South College Street
CHARLOTTE, NC, US, 28202

Shipper:
Benjamin Bain-Creed, US Attorney's Office - NCW
227 West Trade Street,
Suite 1650
Charlotte, NC, US, 28202

Reference         3:25cv804-Dean