IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:25-cv-00804

| | |
|---|---|
| United States of America<br><br>    v.<br><br>All funds seized from Wells Fargo Account XXXXXX3167, an Initiate Business Checking Account held in the name of Cedric Dean Holdings, Inc.;<br><br>All funds seized from Wells Fargo Account XXXXXX3183, an Initiate Business Checking Account held in the name of Cedric Dean Holdings, Inc.;<br><br>One 2019 Chevrolet Silverado 2500 Truck, VIN 1GC1CREGXKF254269;<br><br>One 2018 Thor Ace 32.1 Motorhome, VIN 1F66F5DY2J0A13942;<br><br>One 2013 Georgetown Motorhome, VIN 1F66F5DYXC0A06353;<br><br>One 2021 Ram 1500 Big Horn Crew Cab Truck, VIN 1C6SRFFT9MN792975;<br><br>Real property at 1712 S. Lafayette Street in Shelby, North Carolina, more particularly described in a Deed at Book 1863, Pages 927-934 in the Office of Register of Deeds for Cleveland County, North Carolina;<br><br>Real property at 5502 McChesney Drive in Charlotte, North Carolina, more particularly described in a Deed at Book 35254, Pages 985-986 in the Office of Register of Deeds for Mecklenburg County, North Carolina;<br><br>Real property at 318 Gold Street in Shelby, North Carolina, more particularly described in a Deed at Book 1938, Pages 965-966 in the | **CERTIFICAION AND REPORT<br>OF F.R.CP. 26(f) CONFERENCE<br>AND DISCOVERY PLAN** |

Office of Register of Deed for Cleveland County, North Carolina; and

Real property at 15906 Youngblood Road in Charlotte, North Carolina, more particularly described in a Deed at Book 39590, Pages 214-216 in the Office of Register of Deeds for Mecklenburg County, North Carolina.

1. Certification of Conference. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on February 12, 2026 via Microsoft Teams and was conducted by Benjamin Bain-Creed, counsel for the United States, and Claire Rauscher and Erin K. Taylor, counsels for Claimants.

2. Initial Disclosures.

    a. Exempted by Rule 26(a)(l)(B)(ii).

3. Discovery Plan. The United States and Claimant jointly propose to the Court the following discovery plan in accord with this Court's standing Pre-trial Order and Case Management Plan:

    a. Case Deadlines: All discovery shall be commenced in time to be completed by October 31, 2026

    b. Discovery Limits:

        i. Maximum of 25 interrogatories by each party to any other party.

        ii. Maximum of 25 requests for admission by each party to any other party.

        iii. Maximum of 8 depositions per party.

        iv. Maximum of 30 requests for production.

    c. Reports from retained experts under Rule 26(a)(2) will be due:

        i. Expert reports from all parties by August 31, 2026.

        ii. Rebuttal expert reports from all parties by September 30, 2026.

4. Other Items

    a. The Parties do not request a conference with the court before entry of the scheduling order.

    b. All potentially dispositive motions should be filed by December 13, 2026.

    c. Settlement

        i. This case is exempt from the WDNC's mandatory ADR under LCvR 16.2(b).

    d. Final lists of witnesses and exhibits under Rule 26(1)(3) are due:

        i. From Plaintiff(s) by fourteen days prior to trial.

        ii. From Defendant(s) by fourteen days prior to trial.

    e. If the case is ultimately tried, trial is expected to take approximately fourteen days.

    f. The parties have discussed the issue of consent to the jurisdiction of a U.S. magistrate judge and the Parties do not unanimously consent.

5.  Other Matters: If either party intends to request a statutory stay pursuant to 18 U.S.C. § 981(g)(2) due to a related criminal case and the potential burden the continuation of this forfeiture proceeding may impose as to his Fifth Amendment right against self-incrimination, the party will promptly notify the Court.

Respectfully submitted this 18th day of February, 2026.

DALLAS A. KAPLAN
ATTORNEY FOR THE UNITED STATES[1]

**s/ Benjamin Bain-Creed**
FL Bar Number 0021436
Assistant United States Attorney
Suite 1650, Carillon Building

---

[1] Acting under the authority conferred by 28 U.S.C. § 515.

227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Facsimile: (704) 344-6629
Email: benjamin.bain-creed@usdoj.gov


/s/ Claire Rauscher_____
Claire J. Rauscher
N.C. State Bar No. 21500
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone:(704)331-4961
E-mail: Claire.Rauscher@wbd-us.com

s/ Erin K. Taylor_____
Erin K. Taylor
N.C. State Bar No. 34238
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28205-6025
Telephone: (704) 331-4928
Email: Erin.Taylor@wbd-us.com

*Attorneys for Claimants Cedric Dean & Cedric Dean Holdings, Inc.*